IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff
vs

CRIMINAL 11-0090CCC

FELIX ACOSTA-HERNANDEZ
Defendant

# O R D E R

Having considered the Report and Recommendation filed on June 14, 2011 (**docket entry 26**) on a Rule 11 proceeding of defendant held before U.S. Magistrate Judge Bruce J. McGiverin on June 14, 2011, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since June 14, 2011. The **sentencing hearing is set for September 15, 2011 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on June 28, 2011.

S/CARMEN CONSUELO CEREZO
United States District Judge